IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| RICHARD GABRIEL HEATH VIVAS, | * | |
| Petitioner, | * | |
| v. | * | Case No. 7:26-cv-00091-WLS-CHW |
| DAVID PAULK et al., | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated September 1, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 1st day of September, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk